REQU

Citation to Discover Assets to a Third Party (Rev. 12/19/14) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **Wells Fargo Bank, N.A.** Court Date: **7/18/2018**
Defendant's Name: **Continental Finance Co, LLC** SSN: xxx-xx-**8479** Case No. **17CV01765**
Judgment Balance: $ **24,647.50**

This is a Citation: Freeze up to double the Judgment Balance

### INTERROGATORIES

1. On the date of service of the citation did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☒ Yes ☐ No

   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☒ No

   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

   IF YOU ANSWERED "YES" TO ALL THREE (3) QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS. GO TO THE "INSTRUCTIONS" BELOW.

4. | | ACCOUNT BALANCE | AMOUNT WITHHELD |
   |---|---|---|
   | Ⓐ Savings Account | $ 100,521.58 | $ 49,295.00 |
   | B. Check/MMA/Now Account | $ | $ |
   | C. Certificate of Deposit | $ | $ |
   | D. Trust Account/Other (Describe) _____ | $ | $ |
   | E. Safety Deposit ☐ Yes ☐ No | | |
   | F. Land Trust No. _____ | | |
   | G. Less Right of Offset for Loans | | $ |
   | TOTAL AMOUNT FROZEN | | $ 49,295.00 |

5. List all electronic deposits into account(s) and their source(s) except deposits:

   | Account No. | Source | Monthly Amount |
   |---|---|---|
   | | | $ |
   | | | $ |
   | | | $ |

FILED
JUL 17 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

6. List all joint account holders or adverse claimants:

   Name **Continental Finance** Name _____ Name _____
   Address **4550 New Linden Hill Rd, Suite 400, Wilmington, DE 19808** Address _____ Address _____
   Account Information: Account Information: Account Information:
   Type: ☐ Checking ☒ CD Savings Type: ☐ Checking ☐ CD Savings Type: ☐ Checking ☐ CD Savings
   ☐ Account Number **5950** ☐ Account Number: _____ ☐ Account Number: _____

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington Street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: **JUL 11 2018**
Respondent Name: **WELLS FARGO BANK LEVY PROCESSING**
Address: **MAC S4001-01E**
City/State/Zip Code: **P.O. BOX 29779 PHOENIX, AZ 85038-9779**
Telephone: **PHONE: 480-724-2000**
Fax: **FAX: 866-670-1561**

Simone Adams
AGENT
Print Agent Name

*Simone Adams*
Signature of Agent

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 2