# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER DAVID DRAKE, | |
| Plaintiff, | Case No. 1:17-cv-01765 Honorable |
| v. | Judge Edmond E. Chang |
| CONTINENTAL FINANCE COMPANY,LLC, | |
| Defendant. | |

## RELEASE AND SATISIFICATION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 24th Day of May, 2017, in favor of Christopher David Drake and against Continental Finance Company, LLC in the amount of $24,647.50 plus attorney fees and costs and said judgment attorney fees and costs having been fully paid.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the District Court for the Northern District of Illinois is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment

Dated: February 5, 2019     Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
nvolheim@sulaimanlaw.com